IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **IBRAHIM ALFONSO PINEDA MUNOZ,**<br>　　Petitioner,<br><br>v.<br><br>**TODD LYONS,** *Acting Director of U.S. Immigration and Customs Enforcement, et al.,*<br>　　Respondents. | §<br>§<br>§<br>§　　EP-26-CV-00251-DB<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On this day, the Court considered the above-captioned case. On Feburary 17, 2026, Respondents filed a "Status Report on Bond Hearing," ECF No. 11, advising Petitioner was released from custody on February 13, 2026. An immigration judge denied jurisdiction over the scheduled bond hearing that occurred on Feburary 9, 2026 — the deadline for a bond hearing on the merits or Petitioner's release. *See* ECF No. 7. At this time, the Court will not take further action against Respondents for non-compliance with its February 9, 2026, deadline.

Accordingly, **IT IS HEREBY ORDERED** "Petitioner's Motion to Enforce the Court's Order Granting Habeas Relief in Part (ECF No. 7)," ECF No. 10, is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than Feburary 20, 2026.**

**SIGNED** this **17th** day of **Feburary 2026**.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　THE HONORABLE DAVID BRIONES
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE